# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DALE A. GUSTAFSON & LINDA J. GUSTAFSON  Case Number: 07-70976
406 N. 4TH STREET  SSN-xxx-xx-0839 & xxx-xx-4036
MALTA, IL  60150

Case filed on:  4/21/2007
Plan Confirmed on:  8/17/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,554.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,000.00 | 3,000.00 | 2,053.60 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,053.60 | 0.00 |
| 006 | KROPIK, PAPUGA & SHAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DEKALB COUNTY COLLECTOR | 0.00 | 4.18 | 0.00 | 0.00 |
| 008 | ILLINOIS DEPARTMENT OF REVENUE | 369.94 | 369.94 | 0.00 | 0.00 |
| 009 | ILLINOIS DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 6,564.95 | 6,564.95 | 0.00 | 0.00 |
| 011 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 6,934.89 | 6,939.07 | 0.00 | 0.00 |
| 999 | DALE A. GUSTAFSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL | 29,990.05 | 0.00 | 0.00 | 0.00 |
| 002 | CITIFINANCIAL | 1,788.15 | 202.29 | 202.29 | 0.00 |
| 003 | DEKALB COUNTY COLLECTOR | 2,004.18 | 2,000.00 | 201.20 | 430.51 |
| 004 | JP MORGAN CHASE BANK NA% CHASE HOME | 48,931.60 | 0.00 | 0.00 | 0.00 |
| 005 | JP MORGAN CHASE BANK NA% CHASE HOME | 3,597.40 | 3,597.40 | 406.97 | 0.00 |
|  | Total Secured | 86,311.38 | 5,799.69 | 810.46 | 430.51 |
| 008 | ILLINOIS DEPARTMENT OF REVENUE | 80.00 | 80.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 319.65 | 319.65 | 0.00 | 0.00 |
| 015 | AFFNB / AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ATTORNEY THOMAS J. RUSSELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 5,804.38 | 5,804.38 | 0.00 | 0.00 |
| 022 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CAPITAL ONE | 1,237.93 | 1,237.93 | 0.00 | 0.00 |
| 028 | PORTFOLIO RECOVERY ASSOCIATES | 983.67 | 983.67 | 0.00 | 0.00 |
| 029 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CAPITAL ONE | 2,930.63 | 2,930.63 | 0.00 | 0.00 |
| 031 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CAPITAL RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | CCB CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CHASE / BANK ONE CARD SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | CITIBANK USC | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | CITICORP CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | COLLECT AMERICA LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | COMED CO | 606.02 | 606.02 | 0.00 | 0.00 |
| 043 | CREDITORS DISCOUNT & AUDIT CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | DISCOVER FINANCIAL SERVICES | 2,480.24 | 2,480.24 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| # | Creditor | Claimed | Allowed | Col4 | Col5 |
|---|---|---|---|---|---|
| 048 | DISCOVER FINANCIAL SERVICES | 2,416.79 | 2,416.79 | 0.00 | 0.00 |
| 049 | DISCOVER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | DISCOVER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | EXPERIAN NCAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | FIRST EXPRESS | 667.65 | 667.65 | 0.00 | 0.00 |
| 057 | FASHION BUG / SOANB | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | FIRST USA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | GEMB / EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | GEMB / EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | GEMB / JCP | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | GEMB / JCP | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | HFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | HOUSEHOLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | PORTFOLIO RECOVERY ASSOCIATES | 825.22 | 825.22 | 0.00 | 0.00 |
| 066 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | ECAST SETTLEMENT CORPORATION | 789.49 | 789.49 | 0.00 | 0.00 |
| 069 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | INCHARGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | JP MORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | KISHWAUKEE MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | KISHWAUKEE MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | WORLD FINANCIAL NETWORK NATIONAL BANK | 727.04 | 727.04 | 0.00 | 0.00 |
| 077 | LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | LYNNVILLE-SCOTT-WHITE ROCK FPD | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | NICOR GAS | 673.64 | 673.64 | 0.00 | 0.00 |
| 081 | NORWEST FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | PRAIRIE HEALTHCARE LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | PROCESSING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | PROGRESSIVE MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | RRCA ACCOUNTS MANAGEMENT | 823.17 | 823.17 | 0.00 | 0.00 |
| 087 | ROUNDUP FUNDING LLC | 494.51 | 494.51 | 0.00 | 0.00 |
| 088 | SEARS CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | SEARS / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | SHELL / CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | SPIRIT OF AMERICA NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 092 | SUBURBAN ENDOCRINOLOGY & DIABETES | 212.18 | 212.18 | 0.00 | 0.00 |
| 093 | COTTONWOOD FINANCIAL | 545.00 | 545.00 | 0.00 | 0.00 |
| 094 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 095 | UNITED RECOVERY SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | AFNI/VERIZON | 78.54 | 78.54 | 0.00 | 0.00 |
| 097 | WELLS FARGO FINANCIAL | 696.11 | 696.11 | 0.00 | 0.00 |
| 098 | WELTMAN, WEINBERG & REIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 099 | WELTMAN, WEINBERG & REIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | WFFFINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | WFNNB / LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,391.86 | 23,391.86 | 0.00 | 0.00 |
|  | Grand Total: | 119,638.13 | 39,130.62 | 2,864.06 | 430.51 |

Total Paid Claimant:     $3,294.57
Trustee Allowance:       $259.43      Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00         discharging the trustee and the trustee's surety from any and all
                                      liablility on account of the within proceedings, and closing the estate,
                                      and for such other relief as is just.  Pursuant to FRBP, I hereby
                                      certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>12/30/2008</u>                    By  <u>/s/Heather M. Fagan</u>